CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE
THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH
DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: Julie Ann Stamps    Case No. 21-02597
                         341 Date: 04 12 2021

1. Indicate your correct mailing address:

   2620 New Salem Hwy, APT R306

   Murfreesboro, TN 37128

   Email address: jastamps0209@gmail.com

   I consent to Trustee sending correspondence by email, unless noted here. _____

   mk 10/13/2021

2. What is your current phone number?

   Home phone: NA            Cell phone: 615-796-4254

3. Do you have a domestic support obligation YOU HAVE TO PAY such as child support, or alimony?   Yes ___ No X

   If yes, please provide the following :

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount: $ _____

   When will your obligation to pay end? _____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?   Yes ___ No ___

4. Have you filed all required tax returns for the past four years?   Yes X  No ___

   Not required to file a tax return _____

   If no, why not and identify the specific years: _____

5. Have you previously filed bankruptcy?   Yes ___ No X

   If yes, under what chapter did you file, when did you file, where did you file and state if you received a discharge? _____

6. You are currently employed at:
   Davidson Homes LLC

Case 3:21-bk-02597   Doc 20   Filed 10/13/21   Entered 10/13/21 09:17:59   Desc Main
Document     Page 1 of 2

| | | |
|---|---|---|
| 7. If you have had a change in employment since filing your Chapter 13 case- | | |

Name & address of new employer _____

_____

_____

New monthly income amount $ _____

How often are you paid? Weekly ____ Every two weeks ____ Semi-Monthly ____ Monthly ____

| | |
|---|---|
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes _X_ No ____ |
| 9. Is the signature on the petition and the schedules your own? | Yes _X_ No ____ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes _X_ No ____ |
| 11. Did you list everything you own in your schedules and statements? | Yes _X_ No ____ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes _X_ No ____ |
| 13. I have reviewed my budget today. The budget is accurate and I can live on this budget. | Yes _X_ No ____ |

14. Identify the attorney or other individual with whom you determined which chapter to file under.
**Flexer Law**

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan.
**Rodney Caldwell**

| | |
|---|---|
| 15. I certify that I watched the Discharge Video found at www.ch13nsh.com. | Yes _X_ No ____ |
| I certify that I watched the Introductory Video found at www.ch13nsh.com. | Yes _X_ No ____ |
| I certify that I read the Red Book received from the Trustee's office. | Yes _X_ No ____ |

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

10/07/2021
Date

_____
Debtors Attorney

_____
Debtor's Signature

**For Trustee Use Only**

Tax Return received _____

Pay Advices received _____

vers. 07.12.21