# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                  Case No. **21-02597-CW3-13**

**JULIE ANNE STAMPS**     Judge:    **CHARLES M WALKER**

CONFIRMATION HEARING DATE: **November 10, 2021**

TIME OF HEARING: **8:30 AM**

**SSN XXX-XX-2454**

## TRUSTEE'S MOTION AND REQUEST FOR A HEARING ON CONFIRMATION

**THE HEARING WILL BE Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203.**

The Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby requests this Court set the above-styled case for a confirmation hearing, and for cause therefore would state:

**The Trustee objects to confirmation.**

**The Debtor has not complied with 11USC § 1326(a)(1).**

As grounds for such request, the Trustee would state:

**First payment due Sept. 24, 2021.**

Respectfully Submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
615-244-1101
pleadings@ch13nsh.com

cc: Debtor(s)
     Debtor(s) Attorney
     Objecting Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by US Postal Service, postage prepaid on JULIE ANNE STAMPS, 2620 New Salem Hwy Apt R306, Murfreesboro, TN  37128 and FLEXER LAW PLLC, 1900 Church Street Suite 400, Nashville, TN  37203-7203;
and by email by Electronic Case Noticing to The Office of the United States Trustee;
on this 14th day of October, 2021.

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Chapter 13 Trustee