In re:  Case No. 21-02597-CMW
JULIE ANNE STAMPS  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: slw0703     Page 1 of 1
Date Rcvd: Nov 29, 2021     Form ID: failfmcc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JULIE ANNE STAMPS, 2620 NEW SALEM HIGHWAY, APT R306, Murfreesboro, TN 37128-5485 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HENRY EDWARD HILDEBRAND, III | hhecf@ch13nsh.com |
| PRA Receivables Management, LLC | claims@recoverycorp.com |
| RODNEY LEWIS CALDWELL | on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com cmecf@ecf.courtdrive.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |

TOTAL: 4

Form failfmcc (rev 2/2016)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### Case No. 3:21−bk−02597
#### Chapter 13

In re:

JULIE ANNE STAMPS
2620 NEW SALEM HIGHWAY, APT
R306
Murfreesboro, TN 37128

Social Security No.:
xxx−xx−2454

## NOTICE OF FAILURE TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATE AND POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE

To the Debtor(s):

You are receiving this notice because the Clerk is obligated to inform you that the Financial Management Course Certification Statement (Official Form 423) required by Rule 1007(b)(7) has not been filed in your case. If you are currently a Chapter 7 debtor, the statement must be filed within 60 days after the first set date for the meeting of creditors. If you are currently a Chapter 13 debtor, the statement must be filed no later than the date when the last payment required under the plan is made. If you fail to timely file the Financial Management Certification Statement, your case will be closed without you receiving a discharge.

Dated: 11/29/21

TERESA C. AZAN
Clerk, U.S. Bankruptcy Court