Charles M. Walker
U.S. Bankruptcy Judge
Dated: 12/3/2021



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| JULIE ANNE STAMPS ) | Case No. 21-02597-CW3-13 |
| ) | Judge Walker |
| Debtor ) | Chapter 13 |

AGREED ORDER RESETTING HEARING ON CONFIRMATION OF THE DEBTOR'S PROPOSED CHAPTER 13 PLAN, TRUSTEE'S MOTION TO DISMISS OR IN THE ALTERNATIVE CONVERT, AND DEBTOR'S MOTION TO EMPLOY PROFESSIONAL

The parties have jointly requested that the Court reset the hearing on confirmation of the debtor's proposed Chapter 13 plan, the Trustee's Motion to Dismiss or in the Alternative Convert for Cause for Failure to Confirm a Proposed Plan (docket entry 22), and the debtor's Motion to Employ Professional (docket entry 21). The Court finds the request well-taken, it is therefore,

ORDERED, the hearing on confirmation of the debtor's proposed Chapter 13 plan, the Trustee's Motion to Dismiss or in the Alternative Convert for Cause for Failure to Confirm a Proposed Plan, and the debtor's Motion to Employ Professional are reset for ~~December 22, 2021~~ at 8:30 a.m. in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, Tennessee 37203. January 5, 2022

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Margaret P. Reidy
Margaret P. Reidy
Counsel to Henry E. Hildebrand, III
Standing Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
(615) 244-1101; fax (615) 242-3241
pleadings@ch13nsh.com
Attorney for Chapter 13 Trustee

/s/ Daniel T. Castagna (with permission)
Daniel T. Castagna
Flexer Law PLLC
1900 Church St., Suite 400
Nashville, TN 37203
615-255-2893
cm-ecf@flexerlaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.