United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 21-02597-CMW
JULIE ANNE STAMPS  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3      User: anm0611      Page 1 of 1
Date Rcvd: Dec 03, 2021      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JULIE ANNE STAMPS, 2620 NEW SALEM HIGHWAY, APT R306, Murfreesboro, TN 37128-5485 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2021 at the address(es) listed below:

**Name**      **Email Address**

HENRY EDWARD HILDEBRAND, III
     hhecf@ch13nsh.com

PRA Receivables Management, LLC
     claims@recoverycorp.com

RODNEY LEWIS CALDWELL
     on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com cmecf@ecf.courtdrive.com

US TRUSTEE
     ustpregion08.na.ecf@usdoj.gov

TOTAL: 4

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 12/3/2021



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JULIE ANNE STAMPS | ) | Case No. 21-02597-CW3-13 |
| | ) | Judge Walker |
| Debtor | ) | Chapter 13 |

### AGREED ORDER RESETTING HEARING ON CONFIRMATION OF THE DEBTOR'S PROPOSED CHAPTER 13 PLAN, TRUSTEE'S MOTION TO DISMISS OR IN THE ALTERNATIVE CONVERT, AND DEBTOR'S MOTION TO EMPLOY PROFESSIONAL

The parties have jointly requested that the Court reset the hearing on confirmation of the debtor's proposed Chapter 13 plan, the Trustee's Motion to Dismiss or in the Alternative Convert for Cause for Failure to Confirm a Proposed Plan (docket entry 22), and the debtor's Motion to Employ Professional (docket entry 21). The Court finds the request well-taken, it is therefore,

ORDERED, the hearing on confirmation of the debtor's proposed Chapter 13 plan, the Trustee's Motion to Dismiss or in the Alternative Convert for Cause for Failure to Confirm a Proposed Plan, and the debtor's Motion to Employ Professional are reset for ~~December 22, 2021~~ at 8:30 a.m. in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, Tennessee 37203. January 5, 2022

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED BY:

/s/ Margaret P. Reidy
Margaret P. Reidy
Counsel to Henry E. Hildebrand, III
Standing Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
(615) 244-1101; fax (615) 242-3241
pleadings@ch13nsh.com
Attorney for Chapter 13 Trustee

/s/ Daniel T. Castagna (with permission)
Daniel T. Castagna
Flexer Law PLLC
1900 Church St., Suite 400
Nashville, TN 37203
615-255-2893
cm-ecf@flexerlaw.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.