United States Bankruptcy Court
Middle District of Tennessee

In re:                                        Case No. 21-02597-CMW
JULIE ANNE STAMPS                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3                            User: slw0703                           Page 1 of 1
Date Rcvd: Jan 07, 2022                     Form ID: pdf001                     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

**Recip ID                 Recipient Name and Address**
db                     +    JULIE ANNE STAMPS, 2620 NEW SALEM HIGHWAY, APT R306, Murfreesboro, TN 37128-5485

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022                              Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:**

**Name                             Email Address**

DANIEL CASTAGNA
                        on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com
                        cmecf@ecf.courtdrive.com;castagnadr90985@notify.bestcase.com;szathmarylr90985@notify.bestcase.com

HENRY EDWARD HILDEBRAND, III
                        hhecf@ch13nsh.com

PRA Receivables Management, LLC
                        claims@recoverycorp.com

RODNEY LEWIS CALDWELL
                        on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com   cmecf@ecf.courtdrive.com

US TRUSTEE
                        ustpregion08.na.ecf@usdoj.gov

TOTAL: 5

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 1/6/2022



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>JULIE ANNE STAMPS<br>2620 NEW SALEM HIGHWAY, APT R306<br>Murfreesboro, TN 37128<br>SSN: xxx-xx-2454<br><br>Debtor(s) | Case No. 3:21-bk-02597<br><br>Chapter 13<br><br>Judge Charles M Walker |

### ORDER GRANTING CONTINUANCE OF HEARING AND PERMITTING TRUSTEE TO DISBURSE FILING FEE

This matter was set to come before the Court on January 5, 2022 upon the Trustee's Motion to Dismiss Case for Failure to Confirm Plan, Objection to Confirmation and the Debtor's Motion to Employ a Professional. Good cause having been shown, it is here by ORDERED that hearing on all matters shall be continued to January 26, 2022 at 8:30 AM in Courtroom One, Second Floor, Customs House, 701 Broadway, Nashville, TN 37203. It is further ORDERED that the Trustee shall be permitted to disburse payment in the amount of $313.00 to the United States Bankruptcy Court for the filing fee of the petition from the balance on hand in the case.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:
    */s/ Daniel Castagna*
Daniel Castagna, BPR #022721
1900 Church St, Suite 400
Nashville, TN 37203
(615) 255-2893; fax: (615) 242-8849
cm-ecf@jamesflexerconsumerlaw.com

# CERTIFICATE OF SERVICE

      I hereby certify that on January 5, 2022 I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203 | Electronic |
| U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Julie Stamps<br>2620 New Salem Hwy<br>APT R306<br>Murfreesboro, TN 37128 | U. S. Mail First Class |

3 notices have been served.

I have mailed 1 notice.

                                                  */s/ Daniel Castagna*
                                                  Daniel Castagna

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.