IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | Case No. 3:21-bk-02597 |
| JULIE ANNE STAMPS } | |
| 2620 NEW SALEM HIGHWAY, APT R306 } | Chapter 13 |
| Murfreesboro, TN 37128 } | |
| SSN: xxx-xx-2454 } | Judge Charles M Walker |
| } | |
| Debtor(s) } | |

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO CONFIRM PLAN

This matter was set to come before the Court on January 26, 2022 upon the Trustee's Motion to Dismiss Case for failure to Confirm plan but was resolved prior to the hearing. The Debtor having confirmed her plan by separate order; IT IS HEREBY ORDERED that the Trustee's Motion to Dismiss for Failure to Confirm Plan shall be DENIED.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:
　 */s/ Daniel Castagna*　
Daniel Castagna, BPR #022721
Attorney for Debtor
1900 Church St, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242-8849
cm-ecf@jamesflexerconsumerlaw.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2022 I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203 | Electronic |
| U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Julie Stamps<br>2620 New Salem Hwy<br>APT R306<br>Murfreesboro, TN 37128 | U. S. Mail First Class |

3 notices have been served.

I have mailed 1 notice.

*/s/ Daniel Castagna*
Daniel Castagna