In re:                                              Case No. 21-02597-CMW
JULIE ANNE STAMPS                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3                     User: slw0703                                    Page 1 of 2
Date Rcvd: Jan 27, 2022             Form ID: pdf006                         Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JULIE ANNE STAMPS, 2620 NEW SALEM HIGHWAY, APT R306, Murfreesboro, TN 37128-5485 |
| 7329021 | + | CREDIT NINJA, 27 NORTH WACKER DRIVE, SUITE 404, Chicago IL 60606-2800 |
| 7329018 | + | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks CA 91411-2546 |
| 7329026 | | LABCORP, PO BOX 2240, Burlington NC 27216-2240 |
| 7329027 | + | MINTO MONEY, PO BOX 58112, Minto AK 99758-0112 |
| 7329028 | + | MMC, 1004 NORTH HIGHLAND AVE, Murfreesboro TN 37130-2454 |
| 7329030 | + | PATRICIA STAMPS, 2086B MEMORIAL DRIVE, Clarksville TN 37043-4641 |
| 7329033 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 McDermott Freeway, San Antonio TX 78288-1600 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7329019 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 22:50:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City UT 84130-0285 |
| 7343421 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 27 2022 22:50:28 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 7329020 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2022 22:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus OH 43218-2125 |
| 7329022 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 27 2022 22:50:25 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas NV 89193-8873 |
| 7329023 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 27 2022 22:43:00 | Department of Education/Nelnet, Attn: Bankruptcy, PO Box 82561, Lincoln NE 68501-2561 |
| 7329024 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2022 22:43:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Road, Saint Cloud MN 56303 |
| 7350230 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2022 22:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 7352049 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2022 22:43:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 7329025 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 27 2022 22:43:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee WI 53201-3043 |
| 7347548 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 27 2022 22:50:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 7329029 | + | Email/Text: bankruptcy@moneykey.com | Jan 27 2022 22:43:00 | MONEY KEY, 3422 OLD CAPITAL TRAIL SUITE 1613, Wilmington DE 19808-6124 |
| 7329491 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 27 2022 22:50:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 7349594 | | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2022 22:43:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

| | | | | |
|---|---|---|---|---|
| 7352206 | + | Email/Text: bncmail@w-legal.com | Jan 27 2022 22:43:00 | SCOLOPAX, LLC, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 7329031 | + | Email/Text: bankruptcy@speedyinc.com | Jan 27 2022 22:43:00 | SPEEDY CASH, 8400 E 32nd St N, Wichita KS 67226-2608 |
| 7335620 | + | Email/Text: bankruptcy@speedyinc.com | Jan 27 2022 22:43:00 | Speedy/Rapid Cash, P.O. Box 780408, Wichita, KS 67278-0408 |
| 7329032 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 27 2022 22:50:21 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando FL 32896-5060 |
| 7330494 | + | Email/Text: electronicbkydocs@nelnet.net | Jan 27 2022 22:43:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST SUITE 201, LINCOLN, NE 68508-1911 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2022         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

**Name** — **Email Address**

DANIEL CASTAGNA
on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com
cmecf@ecf.courtdrive.com;castagnadr90985@notify.bestcase.com;szathmarylr90985@notify.bestcase.com

HENRY EDWARD HILDEBRAND, III
hhecf@ch13nsh.com

PRA Receivables Management, LLC
claims@recoverycorp.com

RODNEY LEWIS CALDWELL
on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com  cmecf@ecf.courtdrive.com

US TRUSTEE
ustpregion08.na.ecf@usdoj.gov

TOTAL: 5

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 1/26/2022



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: } | Case No. 3:21-bk-02597 |
| JULIE ANNE STAMPS } | |
| 2620 NEW SALEM HIGHWAY, APT R306 } | Chapter 13 |
| Murfreesboro, TN 37128 } | |
| SSN: xxx-xx-2454 } | Judge Charles M Walker |
| } | |
| Debtor(s) } | |

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO CONFIRM PLAN

This matter was set to come before the Court on January 26, 2022 upon the Trustee's Motion to Dismiss Case for failure to Confirm plan but was resolved prior to the hearing. The Debtor having confirmed her plan by separate order; IT IS HEREBY ORDERED that the Trustee's Motion to Dismiss for Failure to Confirm Plan shall be DENIED.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:
 /s/ Daniel Castagna
Daniel Castagna, BPR #022721
Attorney for Debtor
1900 Church St, Suite 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242-8849
cm-ecf@jamesflexerconsumerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022 I furnished a true and correct copy of the foregoing to the following parties in interest:

| | |
|---|---|
| Henry E. Hildebrand, III<br>Chapter 13 Trustee<br>P.O. Box 340019<br>Nashville, TN 37203 | Electronic |
| U.S. Trustee<br>318 Customs House, 701 Broadway<br>Nashville, TN 37203 | Electronic |
| Julie Stamps<br>2620 New Salem Hwy<br>APT R306<br>Murfreesboro, TN 37128 | U. S. Mail First Class |

3 notices have been served.

I have mailed 1 notice.

          */s/ Daniel Castagna*
          Daniel Castagna

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.