Charles M. Walker
U.S. Bankruptcy Judge
Dated: 2/9/2022



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE:<br>JULIE ANNE STAMPS<br>2620 NEW SALEM HIGHWAY, APT R306<br>Murfreesboro, TN 37128<br>SSN: xxx-xx-2454<br><br>Debtor(s) | Case No. 3:21-bk-02597<br><br>Chapter 13<br><br>Judge Charles M. Walker |

### AGREED ORDER GRANTING APPLICATION TO EMPLOY PROFESSIONAL IN A PRE-PETITION EEOC LAWSUIT

This matter was set before this Honorable Court on January 26, 2022 on the Debtor's Application to Employ Professional but was resolved prior to the hearing. As evidenced by the signatures below, it is HEREBY AGREED and ORDERED as follows:

1. The Debtor shall be allowed to employ Heather Collins with Collins & Hunter for work performed in the Debtor's pre-petition EEOC lawsuit against The Lampo Group prior to the Confirmation of the plan. The Chapter 13 Trustee has retained the cause of action on behalf of the bankruptcy estate. The employment of Collins & Hunter with respect to this matter shall be limited to work already performed.

2. Collins & Hunter shall be employed for the pre-confirmation work performed in the amount of $12,450.00 which represents billable hours already charged to the case and shall be paid such as part of any settlement against The Lampo Group and shall be limited to that amount.

3  Collins & Hunter shall further be permitted to be reimbursed expenses in the amount of $402.00 for advanced costs paid on behalf of the Debtor and shall be paid from any settlement against The Lampo Group.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ Daniel Castagna*
Daniel Castagna, BPR #022721
Attorney for Debtor
1900 Church Street, Ste. 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com

/s/ /s/ Henry E. Hildebrand, III
Henry E. Hildebrand
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203
(615) 244-1101
(615) 242-6593
Aoecf@ch13nsh.com

Digitally signed by /s/ Henry E. Hildebrand, III
DN: C=US, CN="/s/ Henry E. Hildebrand, III", E=pleadings@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2022.02.07 15:51:35-06'00'
Foxit PDF Reader Version: 11.0.0

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.