United States Bankruptcy Court
Middle District of Tennessee

In re:     Case No. 21-02597-CMW
JULIE ANNE STAMPS     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: slw0703     Page 1 of 1
Date Rcvd: Feb 10, 2022     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JULIE ANNE STAMPS, 2620 NEW SALEM HIGHWAY, APT R306, Murfreesboro, TN 37128-5485 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIEL CASTAGNA | on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com cmecf@ecf.courtdrive.com;castagnadr90985@notify.bestcase.com;szathmarylr90985@notify.bestcase.com |
| HENRY EDWARD HILDEBRAND, III | hhecf@ch13nsh.com |
| PRA Receivables Management, LLC | claims@recoverycorp.com |
| RODNEY LEWIS CALDWELL | on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com cmecf@ecf.courtdrive.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |

TOTAL: 5

/s/ Charles M. Walker
Charles M. Walker
U.S. Bankruptcy Judge
Dated: 2/9/2022



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: } | Case No. 3:21-bk-02597 |
| JULIE ANNE STAMPS } | |
| 2620 NEW SALEM HIGHWAY, APT R306 } | Chapter 13 |
| Murfreesboro, TN 37128 } | |
| SSN: xxx-xx-2454 } | Judge Charles M. Walker |
| } | |
| Debtor(s) } | |

**AGREED ORDER GRANTING APPLICATION TO EMPLOY PROFESSIONAL IN A PRE-PETITION EEOC LAWSUIT**

This matter was set before this Honorable Court on January 26, 2022 on the Debtor's Application to Employ Professional but was resolved prior to the hearing. As evidenced by the signatures below, it is HEREBY AGREED and ORDERED as follows:

1. The Debtor shall be allowed to employ Heather Collins with Collins & Hunter for work performed in the Debtor's pre-petition EEOC lawsuit against The Lampo Group prior to the Confirmation of the plan. The Chapter 13 Trustee has retained the cause of action on behalf of the bankruptcy estate. The employment of Collins & Hunter with respect to this matter shall be limited to work already performed.

2. Collins & Hunter shall be employed for the pre-confirmation work performed in the amount of $12,450.00 which represents billable hours already charged to the case and shall be paid such as part of any settlement against The Lampo Group and shall be limited to that amount.

3   Collins & Hunter shall further be permitted to be reimbursed expenses in the amount of $402.00 for advanced costs paid on behalf of the Debtor and shall be paid from any settlement against The Lampo Group.

IT IS SO ORDERED.

*This order was electronically signed and entered as indicated at the top of the first page.*

APPROVED FOR ENTRY:

*/s/ Daniel Castagna*
Daniel Castagna, BPR #022721
Attorney for Debtor
1900 Church Street, Ste. 400
Nashville, TN 37203
(615) 255-2893
fax: (615) 242 8849
cm-ecf@jamesflexerconsumerlaw.com


/s/ /s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: C=US, CN="/s/ Henry E. Hildebrand, III", E=pleadings@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2022.02.07 15:51:35-06'00'
Foxit PDF Reader Version: 11.0.0

Henry E. Hildebrand
Chapter 13 Trustee
P.O. Box 340019
Nashville, TN 37203
(615) 244-1101
(615) 242-6593
Aoecf@ch13nsh.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.