# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

JULIE ANNE STAMPS
2620 NEW SALEM HWY APT R306
MURFREESBORO, TN  37128

Case No. **21-02597-CW3-13**

JUDGE CHARLES M WALKER

SSN XXX-XX-2454

## TRUSTEE'S NOTICE OF CLAIMS FILED IN THE ABOVE STYLED CASE

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been filed in the above styled case. The deadline for filing non government claims in this case was **November 03, 2021.** The deadline for filing claims by governmental units was **February 21, 2022.** After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 1305 CLAIM<br>NO ADDRESS GIVEN<br>,   00000 | $0.00<br>DATE FILED: NOT FILED | UNSECURED - 1305 (O)<br>Disb level: 42<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| PATRICIA STAMPS<br>2086 B MEMORIAL DR<br>CLARKSVILLE, TN   37043 | $13,275.53<br>DATE FILED: 11/3/2021 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: 14 TOYOTA SIENNA TITLE LOAN |
| | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 10 |
| PROGRESSIVE<br>CAINE AND WEINER<br>5805 SEPULVEDA BLVD<br>SHERMAN OAKS, CA   91411 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4944**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| Creditor | Amount / Date Filed | Status |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | **$447.35**<br>DATE FILED: 10/7/2021 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9901**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 3 |
| QUANTUM3 GROUP LLC<br>AS AGENT FOR COMENITY BANK<br>P O BOX 2489<br>KIRKLAND, WA  98083 | **$176.78**<br>DATE FILED: 10/26/2021 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3597**<br>COMM: VICTORIA SECRET |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 5 |
| SCOLOPAX LLC<br>WEINSTEIN AND RILEY PS<br>P O BOX 3978<br>SEATTLE, WA  98124 | **$2,508.20**<br>DATE FILED: 11/3/2021 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4044**<br>COMM: CREDIT NINJA ERIOS |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 9 |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | **$251.85**<br>DATE FILED: 10/20/2021 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2175**<br>COMM: CC CREDIT ONE BANK |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 4 |
| US DEPARTMENT OF EDUCATION<br>NELNET<br>P O BOX 2837<br>PORTLAND, OR  97208 | **$24,746.69**<br>DATE FILED: 8/30/2021 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2454**<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 1 |

| | | |
|---|---|---|
| DEPT OF EDUCATION NELNET<br>P O BOX 82561<br>LINCOLN, NE 68501 | **$0.00**<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| DEPT OF EDUCATION NELNET<br>P O BOX 82561<br>LINCOLN, NE 68501 | **$0.00**<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| DEPT OF EDUCATION NELNET<br>P O BOX 82561<br>LINCOLN, NE 68501 | **$0.00**<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| VERIZON WIRELESS<br>JEFFERSON CAPITAL SYSTEMS<br>16 MCLELAND RD<br>SAINT CLOUD, MN 56303 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4003**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| KOHLS<br>PERITUS PORTFOLIO SERVICES II<br>P O BOX 141509<br>IRVING, TX 75014 | **$259.79**<br>DATE FILED: 11/1/2021 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8916**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 7 |

| Creditor | Amount / Date Filed | Status |
|---|---|---|
| LABCORP<br>P O BOX 2240<br>BURLINGTON, NC 27216 | $0.00<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| MINTO MONEY<br>P O BOX 58112<br>MINTO, AK 99758 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| MURFREESBORO MEDICAL CLINIC<br>1004 N HIGHLAND AVE<br>MURFREESBORO, TN 37130 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| SCOLOPAX LLC<br>WEINSTEIN AND RILEY PS<br>P O BOX 3978<br>SEATTLE, WA 98124 | $540.52<br>DATE FILED: 11/2/2021 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **1201**<br>COMM: CC ERIOS MONEYKEY |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 8 |
| SPEEDY RAPID CASH<br>P O BOX 780408<br>WICHITA, KS 67278 | $507.12<br>DATE FILED: 9/14/2021 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **2454**<br>COMM: CONCORD FINANCE |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 2 |

| | | |
|---|---|---|
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677 | **$379.61**<br>DATE FILED: 10/28/2021 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9165**<br>COMM: PAYPAL CREDIT CC SYNCHRONY BANK |
| | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 6 |
| USAA FEDERAL SAVINGS BANK<br>10750 MCDERMOTT FREEWAY<br>SAN ANTONIO, TX 78288-0509 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **6829**<br>COMM: CC |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| AT T<br>P O BOX 5014<br>CAROL STREAM, IL 60197 | $0.00<br>DATE FILED: NOT FILED | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT:<br>COMM: CABLE |
| | TRUSTEE'S CLAIM NO: 21<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| SYNCHRONY BANK<br>PRA RECEIVABLES MGMT<br>P O BOX 41021<br>NORFOLK, VA 23541 | $0.00<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT: **3461**<br>COMM: AMAZON.COM CREDIT CARD |
| | TRUSTEE'S CLAIM NO: 22<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| TOTAL | | $47,680.44 |

The Trustee proposes to pay on such claims in accordance with the confirmed plan, unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

|  |  |  |
|---|---|---|
| <u>02/25/22</u><br>DATE | <u>  CD  </u><br>INITIALS | <u>/s/ Henry E. Hildebrand, III</u><br>HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203<br>PHONE: 615-244-1101<br>FAX: 615-242-3241<br>pleadings@ch13nsh.com |

cc: HENRY E. HILDEBRAND, III
    JULIE ANNE STAMPS
    2620 NEW SALEM HWY APT R306
    MURFREESBORO, TN  37128

FLEXER LAW PLLC
1900 CHURCH STREET SUITE 400
NASHVILLE, TN  37203-7203