IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JULIE ANNE STAMPS | ) | Case No. 21-02597-CW3-13 |
| | ) | Chapter 13 |
| Debtor. | ) | Judge Walker |

### ORDER APPROVING SETTLEMENT OF CLAIM AGAINST THE LAMPO GROUP

It appearing to the Court, based on the electronic signature of counsel below, that the Trustee has filed a notice and motion seeking approval of a settlement with The Lampo Group, LLC, and that the Trustee has received no objection to the motion, it is, therefore,

ORDERED, the Trustee is authorized to settle the estate's claims against The Lampo Group, LLC, on the terms in the settlement agreement attached to the Trustee's motion; it is further

ORDERED, the settlement will fully resolve any claims the Debtor has against The Lampo Group, LLC; it is further

ORDERED, the Court shall retain jurisdiction to resolve any disputes arising out of the Settlement Agreement.

THIS ORDER WAS SIGNED AND ENTERED
ELECTRONICALLY AS INDICATED AT THE
TOP OF THE FIRST PAGE.

ORDER APPROVED FOR ENTRY BY:

/s/ James M. Davis
James M. Davis
Counsel to the Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com