# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:21−bk−02597
Chapter 13
Judge Charles M Walker

In Re:
    JULIE ANNE STAMPS
    2620 NEW SALEM HIGHWAY, APT R306
    Murfreesboro, TN 37128

Social Security No.
    xxx−xx−2454

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held :

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 5/4/22 at 08:30 AM

to consider and act upon the following:

*51* − Motion and Notice for Compromise and Settlement. If timely response hearing will be held 3/30/2022 at 08:30 AM, Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Responses due by 3/18/2022. Certificate of Service mailed on 2/25/2022. Filed on the behalf of: Trustee HENRY EDWARD HILDEBRAND III. (HILDEBRAND, HENRY)

Dated: 4/4/22                                /s/ TERESA C. AZAN
                                                             Clerk, U.S. Bankruptcy Court