United States Bankruptcy Court
Middle District of Tennessee

In re:  Case No. 21-02597-CMW
JULIE ANNE STAMPS  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3  User: admin  Page 1 of 2
Date Rcvd: Apr 04, 2022  Form ID: hrgnot  Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | JULIE ANNE STAMPS, 2620 NEW SALEM HIGHWAY, APT R306, Murfreesboro, TN 37128-5485 |
| aty | + | DANIEL CASTAGNA, FLEXER LAW, PLLC, 1900 CHURCH STREET, SUITE 400, NASHVILLE, TN 37203-2287 |
| aty | + | RODNEY LEWIS CALDWELL, FLEXER LAW, PLLC, 1900 Church Street, Suite 400, Nashville, TN 37203-2287 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: documents@ch13bna.com | Apr 04 2022 22:52:00 | HENRY EDWARD HILDEBRAND, III, OFFICE OF THE CHAPTER 13 TRUSTEE, PO BOX 340019, NASHVILLE, TN 37203-0019 |
| ust | Email/Text: ustpregion08.na.ecf@usdoj.gov | Apr 04 2022 22:52:00 | US TRUSTEE, OFFICE OF THE UNITED STATES TRUSTEE, 701 BROADWAY STE 318, NASHVILLE, TN 37203-3966 |
| cr | + Email/PDF: rmscedi@recoverycorp.com | Apr 04 2022 22:56:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 06, 2022    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2022 at the address(es) listed below:
**Name    Email Address**

DANIEL CASTAGNA
    on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com
    cmecf@ecf.courtdrive.com;castagnadr90985@notify.bestcase.com;szathmarylr90985@notify.bestcase.com

HENRY EDWARD HILDEBRAND, III
    hhecf@ch13nsh.com

PRA Receivables Management, LLC
    claims@recoverycorp.com

RODNEY LEWIS CALDWELL
    on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com  cmecf@ecf.courtdrive.com

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov


TOTAL: 5

Form hrgnot

# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF TENNESSEE

701 Broadway Room 170
Nashville, TN 37203

Bankruptcy Proceeding No. 3:21−bk−02597
Chapter 13
Judge Charles M Walker

In Re:
   JULIE ANNE STAMPS
   2620 NEW SALEM HIGHWAY, APT
   R306
   Murfreesboro, TN 37128

Social Security No.
   xxx−xx−2454

Employer's Tax I.D. No.

---

PLEASE TAKE NOTICE that a hearing will be held :

Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 5/4/22 at 08:30 AM

to consider and act upon the following:

*51* − Motion and Notice for Compromise and Settlement. If timely response hearing will be held 3/30/2022 at 08:30 AM, Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203. Responses due by 3/18/2022. Certificate of Service mailed on 2/25/2022. Filed on the behalf of: Trustee HENRY EDWARD HILDEBRAND III. (HILDEBRAND, HENRY)

Dated: 4/4/22                                        /s/ TERESA C. AZAN
                                                                                                                    Clerk, U.S. Bankruptcy Court