IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                )
                                      )
JULIE ANNE STAMPS                     )    Case No. 21-02597-CW3-13
                                      )    Chapter 13
       Debtor.                        )    Judge Walker

ORDER APPROVING SETTLEMENT OF CLAIM AGAINST THE LAMPO GROUP

This matter came to be heard on May 4, 2022, on the Trustee's motion to approve the settlement of an employment-related claim against the Lampo Group. At the call of the docket, the Trustee explained that he had served a copy of the motion requesting approval of the settlement on all parties; that the proposed settlement would provide sufficient funds to pay all allowed claims in full, including the debtor's nondischargeable student loan debt, an unsecured claim asserted by the debtor's mother, and the approved fees for the attorneys representing the debtor in the litigation; that it would also generate surplus funds that would accrue to the debtor; that the Trustee had been in communication with the debtor's bankruptcy counsel and that the debtor did not oppose the proposed settlement; and that the Trustee had received no objection to the settlement from any other party. Debtor's counsel was present and affirmatively stated that the debtor had no opposition to the proposed settlement. It is, therefore,

ORDERED, the Trustee is authorized to settle the estate's claims against The Lampo Group, LLC, on the terms in the settlement agreement attached to the Trustee's motion; it is further

ORDERED, the settlement will fully resolve any claims the Debtor has against The Lampo Group, LLC; it is further

ORDERED, the Court shall retain jurisdiction to resolve any disputes arising out of the Settlement Agreement.

                                           THIS ORDER WAS SIGNED AND ENTERED
                                           ELECTRONICALLY AS INDICATED AT THE
                                           TOP OF THE FIRST PAGE.

ORDER APPROVED FOR ENTRY BY:

/s/ James M. Davis
James M. Davis
Counsel to the Chapter 13 Trustee
P. O. Box 340019
Nashville, TN  37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com