# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

```
IN RE:                                      CHAPTER 13
   JULIE ANNE STAMPS                        CASE NO. 21-02597-CW3-13
   2620 NEW SALEM HWY APT R306              JUDGE CHARLES M WALKER
   MURFREESBORO, TN  37128                  Dated: 06/22/2022


   SSN XXX-XX-2454
```

## ORDER RELEASING DEBTOR/EMPLOYER
## FROM ORDER TO FUND PLAN

In accordance with the order of confirmation the debtor has transmitted regularly to the trustee a portion of the debtor's wages.

Based upon the certification of the Trustee, as indicated by the Trustee's electronic signature below, the Trustee has advised the Court that sufficient monies have now been deposited with the Trustee to fully discharge all of the costs, expenses, fees, and claims that have been allowed against the debtor by the court.

The Court, therefore, finds that the above named debtor has completed making payments as required under the Chapter 13 Plan,

The above named debtor having completed his Chapter 13 plan,

It is ORDERED that **JULIE ANNE STAMPS** is released from the obligation to forward funds to the Trustee.

DEBTOR(S) SOURCE OF INCOME:

JULIE ANNE STAMPS
2620 NEW SALEM HWY APT R306
MURFREESBORO, TN  37128

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED:

/s/Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
pleadings@ch13nsh.com
615-244-1101