United States Bankruptcy Court
Middle District of Tennessee

In re:     Case No. 21-02597-CMW
JULIE ANNE STAMPS     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: admin     Page 1 of 2
Date Rcvd: Jun 23, 2022     Form ID: pdf015     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2022:**

**Recip ID**     **Recipient Name and Address**
db     + JULIE ANNE STAMPS, 2620 NEW SALEM HIGHWAY, APT R306, Murfreesboro, TN 37128-5485

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2022 at the address(es) listed below:

**Name**     **Email Address**

DANIEL CASTAGNA
    on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com
    cmecf@ecf.courtdrive.com;castagnadr90985@notify.bestcase.com;szathmarylr90985@notify.bestcase.com

HENRY EDWARD HILDEBRAND, III
    hhecf@ch13nsh.com

LORI LOTT SZATHMARY
    on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com
    cmecf@ecf.courtdrive.com;szathmarylr90985@notify.bestcase.com

PRA Receivables Management, LLC
    claims@recoverycorp.com

RODNEY LEWIS CALDWELL
    on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com  cmecf@ecf.courtdrive.com

US TRUSTEE

ustpregion08.na.ecf@usdoj.gov

TOTAL: 6

Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/23/2022



JL

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:                                              CHAPTER 13
   JULIE ANNE STAMPS                        CASE NO. 21-02597-CW3-13
   2620 NEW SALEM HWY APT R306              JUDGE CHARLES M WALKER
   MURFREESBORO, TN  37128                  Dated:  06/22/2022

SSN XXX-XX-2454

## ORDER RELEASING DEBTOR/EMPLOYER
## FROM ORDER TO FUND PLAN

   In accordance with the order of confirmation the debtor has transmitted regularly to the trustee a portion of the debtor's wages.

   Based upon the certification of the Trustee, as indicated by the Trustee's electronic signature below, the Trustee has advised the Court that sufficient monies have now been deposited with the Trustee to fully discharge all of the costs, expenses, fees, and claims that have been allowed against the debtor by the court.

   The Court, therefore, finds that the above named debtor has completed making payments as required under the Chapter 13 Plan,

   The above named debtor having completed his Chapter 13 plan,

   It is ORDERED that **JULIE ANNE STAMPS** is released from the obligation to forward funds to the Trustee.

DEBTOR(S) SOURCE OF INCOME:

JULIE ANNE STAMPS
2620 NEW SALEM HWY APT R306
MURFREESBORO, TN  37128

APPROVED:

/s/Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
pleadings@ch13nsh.com
615-244-1101

THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

This Order has been electronically signed.  The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.