# NOTICE OF PLAN COMPLETION

JULIE ANNE STAMPS                                                         Re:  Case No. 21-02597-CW3-13

2620 NEW SALEM HWY APT R306
MURFREESBORO, TN  37128

    Henry E Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, hereby gives notice that the Trustee has received the final plan payment in the above-styled Chapter 13 case.  The debtor has now completed the obligations in the plan.

    Respectfully submitted,

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE:  615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

---

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that, on or before the 5th day of July, 2022, a true and correct copy of the foregoing has been served in the following manner:

**Email by Electronic Case Noticing to:**

Assistant US Trustee
FLEXER LAW PLLC,  Debtor's counsel

**By US Postal Service, postage prepaid to:**

JULIE ANNE STAMPS, 2620 New Salem Hwy Apt R306, Murfreesboro, TN  37128

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
Chapter 13 Trustee