Certificate Number: 15111-TNM-DE-036680420

Bankruptcy Case Number: 21-02597



15111-TNM-DE-036680420

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2022, at 12:31 o'clock AM EDT, Julie Anne Stamps completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Tennessee.

Date: July 13, 2022

By: /s/Hasan Bilal for Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education