Form nclose13 (2/2016)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### Case No. 3:21–bk–02597
#### Chapter 13

In re:

JULIE ANNE STAMPS
2620 NEW SALEM HIGHWAY, APT R306
Murfreesboro, TN 37128

Social Security No.:
xxx–xx–2454

## NOTICE OF POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE FOR FAILURE TO FILE THE DSO CERTIFICATE AND 522(q) MOTION

To the Debtor(s):

You are receiving this notice because the document(s) listed below were not filed by the date the last payment required under the plan was made as required by the Bankruptcy Code or Rules:

  Domestic Support Obligation Certificate (Form 2830)

  Motion for 11 U.S.C. Section 522(q)

You have 30 days from the date of this notice to file the documents(s) noted above. If you fail to file the document(s) indicated, **your case will be closed without you receiving a discharge**. To prevent payment of a fee to reopen the case and obtain a discharge, please file the document(s) timely. This is the only notice you will receive with respect to the closing of your case without a discharge.

Dated: 8/5/22                                                                 TERESA C. AZAN
                                                                              Clerk, U.S. Bankruptcy Court