IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: } | Case No. 3:21-bk-02597 |
| JULIE ANNE STAMPS } | |
| 2620 NEW SALEM HIGHWAY, APT R306 } | Chapter 13 |
| Murfreesboro, TN 37128 } | |
| SSN: xxx-xx-2454 } | Judge Charles M Walker |
| } | |
| Debtor(s) } | |

**Domestic Support Obligations**

Pursuant to 11 U.S.C. § [1228(a) or 1328(a), the above named Debtor(s) certify(ies):

☒ There is no judicial or administrative order or statute that requires Debtor(s) to pay a domestic support obligation; or

☐ There is a judicial or administrative order or statute that requires Debtor(s) to pay a domestic support obligation(s), and all amounts payable that are due as of this date (including amounts due before the petition, to the extent provided for by the plan) have been paid.

*Julie Anne Stamps*
(Debtor)

8/5/2022
(Date)

_____
(Debtor)

_____
(Date)