United States Bankruptcy Court

Middle District of Tennessee

In re:                                                                          Case No. 21-02597-CMW

JULIE ANNE STAMPS                                                               Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0650-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 05, 2022 | Form ID: nclose13 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + JULIE ANNE STAMPS, 2620 NEW SALEM HIGHWAY, APT R306, Murfreesboro, TN 37128-5485 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL CASTAGNA | on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com cmecf@ecf.courtdrive.com;castagnadr90985@notify.bestcase.com;szathmarylr90985@notify.bestcase.com |
| HENRY EDWARD HILDEBRAND, III | hhecf@ch13nsh.com |
| LORI LOTT SZATHMARY | on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com cmecf@ecf.courtdrive.com;szathmarylr90985@notify.bestcase.com |
| PRA Receivables Management, LLC | claims@recoverycorp.com |
| RODNEY LEWIS CALDWELL | on behalf of Debtor JULIE ANNE STAMPS cm-ecf@jamesflexerconsumerlaw.com  cmecf@ecf.courtdrive.com |

US TRUSTEE
                            ustpregion08.na.ecf@usdoj.gov


TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE
### Case No. <u>3:21−bk−02597</u>
#### Chapter 13

In re:

JULIE ANNE STAMPS
2620 NEW SALEM HIGHWAY, APT
R306
Murfreesboro, TN 37128

Social Security No.:
xxx−xx−2454

## NOTICE OF POTENTIAL CLOSURE OF CASE WITHOUT DISCHARGE FOR FAILURE TO FILE THE DSO CERTIFICATE AND 522(q) MOTION

To the Debtor(s):

You are receiving this notice because the document(s) listed below were not filed by the date the last payment required under the plan was made as required by the Bankruptcy Code or Rules:

Domestic Support Obligation Certificate (Form 2830)

Motion for 11 U.S.C. Section 522(q)

You have 30 days from the date of this notice to file the documents(s) noted above. If you fail to file the document(s) indicated, **your case will be closed without you receiving a discharge**. To prevent payment of a fee to reopen the case and obtain a discharge, please file the document(s) timely. This is the only notice you will receive with respect to the closing of your case without a discharge.

Dated: <u>8/5/22</u>

<u>TERESA C. AZAN</u>
Clerk, U.S. Bankruptcy Court