# CERTIFICATE OF SERVICE

Case number: 2102597

The following entities were served by 1st Class Mail.

**JULIE ANNE STAMPS  2620 NEW SALEM HWY APT R306 MURFREESBORO, TN  37128**

ATTY: FLEXER LAW PLLC  1900 CHURCH STREET SUITE 400 NASHVILLE, TN  37203-7203

MURFREESBORO MEDICAL CLINIC  1004 N HIGHLAND AVE MURFREESBORO, TN  37130

USAA FEDERAL SAVINGS BANK  10750 MCDERMOTT FREEWAY SAN ANTONIO, TX  78288-0509

US DEPARTMENT OF EDUCATION NELNET  121 S 13TH ST STE 201 LINCOLN, NE  68508

FLEXER LAW PLLC  1900 CHURCH STREET SUITE 400 NASHVILLE, TN  37203-7203

PATRICIA STAMPS  2086 B MEMORIAL DR CLARKSVILLE, TN  37043

CREDIT NINJA  27 N WACKER DR STE 404 CHICAGO, IL  60606

MONEY KEY  3422 OLD CAPITAL TRAIL STE 1613 WILMINGTON, DE  19808

HMC CIVIL RIGHTS LAW PLLC  7000 EXECUTIVE CENTER DRIVE SUITE 320 BRENTWOOD, TN  37027

SPEEDY CASH  8400 E 32ND ST N WICHITA, KS  67226

QUANTUM3 GROUP LLC  AS AGENT FOR COMENITY BANK P O BOX 788 KIRKLAND, WA  98083

COMENITY BANK VICTORIA SECRET  ATTN BANKRUPTCY P O BOX 182125 COLUMBUS, OH  43218

CAPITAL ONE BANK USA NA  BY AMERICAN INFOSOURCE AS AGENT 4515 N SANTA FE AVE OKLAHOMA CITY, OK  73118

PROGRESSIVE  CAINE AND WEINER 5805 SEPULVEDA BLVD SHERMAN OAKS, CA  91411

VERIZON WIRELESS  JEFFERSON CAPITAL SYSTEMS 16 MCLELAND RD SAINT CLOUD, MN  56303

1305 CLAIM  NO ADDRESS GIVEN ,   00000

LABCORP  P O BOX 2240 BURLINGTON, NC  27216

US DEPARTMENT OF EDUCATION NELNET  P O BOX 2837 PORTLAND, OR  97208

CAPITAL ONE  P O BOX 30285 SALT LAKE CITY, UT  84130

KOHLS CAPITAL ONE  P O BOX 3043 MILWAUKEE, WI  53201

AT T  P O BOX 5014 CAROL STREAM, IL  60197

MINTO MONEY  P O BOX 58112 MINTO, AK  99758

JEFFERSON CAPITAL SYSTEMS LLC  P O BOX 772813 CHICAGO, IL  60677

SPEEDY RAPID CASH  P O BOX 780408 WICHITA, KS  67278

JEFFERSON CAPITAL SYSTEMS  P O BOX 7999 SAINT CLOUD, MN  56302

DEPT OF EDUCATION NELNET  P O BOX 82561 LINCOLN, NE  68501

SYNCHRONY PAYPAL CREDIT  P O BOX 965060 ORLANDO, FL  32896

CREDIT ONE BANK  P O BOX 98873 LAS VEGAS, NV  89193

KOHLS  PERITUS PORTFOLIO SERVICES II P O BOX 141509 IRVING, TX  75014

SYNCHRONY BANK  PRA RECEIVABLES MANAGEMENT LLC P O BOX 41021 NORFOLK, VA  23541

LVNV FUNDING LLC  RESURGENT CAPITAL SERVICES P O BOX 10587 GREENVILLE, SC  29603

SCOLOPAX LLC  WEINSTEIN AND RILEY PS 2001 WESTERN AVE STE 400 SEATTLE, WA  98121


**I declare under the penalty of perjury that I have served theChapter 13 Trustee's Final Report on the above listed entities, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

|  |  |
|---|---|
|  | Signature:     /s/ Henry E Hildebrand, III |
| Date: Oct 04, 2022 | Chapter 13 Trustee |